THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRAND RIDGE PLAZA II, LLC, <br><br> Plaintiff, <br><br> v. <br><br> REGAL CINEMAS, INC, <br><br> Defendant. | CASE NO. C20-1829-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for a continuance of the trial date (Dkt. No. 37), Plaintiff's Response (Dkt. No. 38), and Defendant's Reply (Dkt. No. 39). The court having considered the motion and the record herein, finding good cause for the continuance, and further finding that the continuance would not cause undue prejudice to any party, hereby GRANTS the motion (Dkt. No. 37) in part and CONTINUES the trial to 9:30 a.m. on March 7, 2022. The proposed pretrial order is due by February 25, 2022. Trial briefs, proposed voir dire/jury instructions and motions *in limine*, if any, are due by February 28, 2022.

//

//

MINUTE ORDER, C20-1829-JCC
PAGE - 1

1   DATED this 20th day of December 2021.

2
Ravi Subramanian
Clerk of Court

3

4   s/Sandra Rawski
Deputy Clerk