THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GRAND RIDGE PLAZA II, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>REGAL CINEMAS, INC,<br><br>                    Defendant. | CASE NO. C20-1829-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for a continuance of the trial date (Dkt. No. 41), Plaintiff's Response (Dkt. No. 42), and Defendant's Reply (Dkt. No. 43). Trial is currently set to commence March 7, 2022, with pretrial deadlines approaching. In addition to considerations laid out by the parties, the Court has recently suspended all in-person civil trials scheduled to occur until March 7, 2022. *See* W.D. Wash. General Order 03-22 (Feb. 3, 2022) (extending the duration of General Orders 16-21 and 01-22).

The Court, having considered the motion and the record herein, finding good cause for the continuance, and further finding that the continuance would not cause undue prejudice to any party, hereby GRANTS the motion (Dkt. No. 41) in part and CONTINUES the trial to 9:30 a.m. on April 18, 2022. The proposed pretrial order is due by April 4, 2022. Trial briefs, proposed

voir dire/jury instructions and motions *in limine*, if any, are due by April 8, 2022.

DATED this 14th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
