THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  GRAND RIDGE PLAZA II, LLC,

10                          Plaintiff,

11          v.

12  REGAL CINEMAS, INC.,

13                          Defendant.

14

CASE NO. C20-1829-JCC

ORDER

15          This matter comes before the Court on the parties' supplemental joint status report (Dkt.

16  No. 47). The parties indicate that discovery is necessary regarding Defendant's newly-asserted

17  defenses. (*Id.* at 1.) Additionally, Defendant indicates its lead trial counsel and primary witness

18  are both unavailable in August and request a continuance of the trial date to October. (*Id.* at 2.)

19  Plaintiff anticipates being ready for trial as currently for August 15, 2022. In accordance with the

20  parties' requests, and finding good cause for continuance, the Court hereby ORDERS:

21          1.  The discovery cutoff date is May 19, 2022.

22          2.  The dispositive motions deadline is May 26, 2022, with any such motions being filed

23              with a noting date of June 17, 2022.

24          3.  The jury trial is continued to October 31, 2022 at 9:30 a.m.

25          4.  The proposed pretrial order is due by September 30, 2022.

26          5.  Trial briefs and proposed joint voir dire/jury instructions are due by October 17, 2022.

1     All other deadlines remain unchanged.

2     DATED this 25th day of March 2022.

3                                                Ravi Subramanian
                                                 Clerk of Court
4

5                                                s/Sandra Rawski
                                                 Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26