The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GRAND RIDGE PLAZA II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>REGAL CINEMAS, INC. a Tennessee corporation,<br><br>Defendant. | NO.  2:20-cv-01829-JHC<br><br>**STIPULATED MOTION AND [*PROPOSED*] ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>August 2, 2023 |

## I.   STIPULATION

The parties to the above-captioned action, by and through their undersigned counsel of record, hereby stipulate and agree that, pursuant to FRCP 41 (a)(1)(A)(ii), the above-captioned matter should be dismissed with prejudice and without an award of attorneys' fees, litigation expenses, or costs to any party.

///

///

///

///

STIPULATED MOTION AND ORDER OF DISMISSAL - 1
Case No. 2:20-CV-01829-JHC

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1    RESPECTFULLY SUBMITTED this 2nd day of August, 2023.

**SAVITT BRUCE & WILLEY LLP**

By   */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101-2272
   Telephone: 206.749.0500
   Email: swilley@sbwllp.com

*Attorneys for Plaintiff*

**SCHWABE, WILLIAMSON & WYATT, P.C.**

By   */s/ David R. Ebel [email authorization]*
   David R. Ebel, WSBA #28853
   420 5th Avenue, Suite 3400
   Seattle, WA 98101-4010
   Telephone: 206.622.1711
   Email: debel@schwabe.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER OF DISMISSAL - 2
Case No. 2:20-CV-01829-JHC

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

Based on the foregoing stipulation by the named parties, all of whom have appeared, and in accordance with FRCP 41 (a)(1)(A)(ii), this action is hereby dismissed with prejudice and without an award of attorneys' fees, litigation expenses, or costs to any party.

It is so **ORDERED**.

Dated: _____, 2023.

_____
The Honorable John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL - 3
Case No. 2:20-CV-01829-JHC

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 2nd day of August, 2023 at Seattle, Washington.

_____
Rondi A. Greer

CERTIFICATE OF SERVICE
No. 2:20-CV-01829-JHC

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500